Julius L. Schwartz, Respondent, *v.* The Commercial Travelers Mutual Accident Association of America, Appellant.

(Argued May 7, 1930; decided June 3, 1930.)

*Henry C. Moses* and *Charles J. Nehrbas* for appellant. *Jonas J. Shapiro* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Kellogg, O'Brien and Hubbs, JJ. Not sitting: Lehman, J.